IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VICKI ELDER,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>**BIMBO BAKERIES USA, INC.,**<br><br>Defendant. | Case No.: 3:21-cv-637-DWD |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order entered on September 29, 2023 (Doc. 45), Judgment is entered in favor of Defendant, Bimbo Bakeries USA, Inc. and against Plaintiff, Vicki Elder. Accordingly, this case is closed.

**IT IS SO ORDERED.**

**DATED:  September 29, 2023**

MONICA A. STUMP, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**

Page | 1